# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT LEE VAUGHT, IV, | ) 1:11cv00623 DLB PC |
| Plaintiff, | ) ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |
| vs. | ) |
| G. UGWUEZE, et al., | ) |
| Defendants. | ) |

Plaintiff Elbert Lee Vaught, IV, is a prisoner proceeding pro se and in formal pauperis in this civil rights action filed on April 19, 2011. On December 17, 2012, the Court dismissed the action for failure to state a claim for which relief may be granted. Plaintiff filed a notice of appeal on January 7, 2013.

On January 14, 2013, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal, or whether the appeal is frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3).

The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __**January 17, 2013**__          _____/s/ *Dennis L. Beck*_____
                                          UNITED STATES MAGISTRATE JUDGE